UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                              |   |                              |
|------------------------------|---|------------------------------|
| JORDAN B. CHATTERTON,        | ) |                              |
| Plaintiff,                   | ) |                              |
| v.                           | ) | Civil Action No. 09-10922-NMG |
| TECHTRONIC INDUSTRIES, LTD., et al. | ) |                        |
| Defendants.                  | ) |                              |

ORDER ON MOTION TO AMEND

April 3, 2012

SOROKIN, C.M.J.

Plaintiff has filed a Motion to File an Amended Complaint pursuant to Fed. R. Civ. P. 15(a) so as to include additional claims against Defendants for alleged violations of M.G.L. c. 93A and also to correct a typographical error. (Docket # 41). Defendants have filed no opposition to the Motion. Because no opposition has been filed and for the reasons previously stated in other Sawstop cases in which similar motions to amend were granted (Civil Action Nos. 08-12083-NMG, 09-10010-NMG, 09-10011-NMG, 09-10890-MLW, and 11-10503-NMG) the Motion is ALLOWED.

    /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE